# CASES DETERMINED

## BY THE

# SUPREME COURT

### OF THE

## STATE OF MISSOURI

### AT THE

## OCTOBER TERM, 1903.

*(Continued from Volume 180.)*

---

THE STATE ex rel. v. WILSON, Collector, v.
MINERS BANK OF JOPLIN, Appellant.

### In Banc, March 23, 1904.

**TAXATION: Assessment Against Bank.** The assessment of personal taxes should be against the stockholders of the bank and not against the bank itself.

Appeal from Jasper Circuit Court. — *Hon. Jos. D. Perkins,* Judge.

REVERSED.

ROBINSON, C. J.—Action by plaintiff as collector of the revenue of Jasper county against defendant, the Miners Bank of Joplin, to collect personal taxes to the amount of $1,351.28, claimed to be due to the State and county for the year 1901, on account of an assessment

(1)

against its shares of stock that were listed by defendant's chief officer and delivered to the assessor for taxation as required by law.

At the hearing before the circuit court, judgment was rendered in favor of plaintiff for the amount of the taxes claimed, and the case is brought here on defendant's appeal.

In so far as the case need be considered here, it is in all its essential features like the companion case with which it was argued in this court, State ex rel. Wilson v. First National Bank of Carterville, 180 Mo. 717, and upon the authority of that case, and for the reasons given therein, the judgment of the circuit court herein will be reversed, and it is so ordered. *Marshall, Gantt, Burgess, Valliant* and *Fox, JJ.,* concur; *Brace, J.,* dissents.